Argued April 20, dismissed as moot May 30, 1978

HOCKEMA, *Respondent,*

*v.*

OREGON STATE EMPLOYES ASSOCIATION
et al, *Petitioners.*

(No. C-131-77, CA 9841)

579 P2d 283

John S. Irvin, Salem, argued the cause and filed the brief for petitioners.

No appearance for respondent.

Before Schwab, Chief Judge, and Thornton, Tanzer and Buttler, Judges.

PER CURIAM.

Dismissed as moot. *See Hockema v. OSEA,* 34 Or App 527, 579 P2d 282 (1978).